# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Delemas C. Warren, ) | **JUDGMENT OF DISMISSAL** |
| ) | **IN A CIVIL CASE** |
| Plaintiff, ) | |
| ) | CV-11-478-TUC-FRZ |
| v. ) | |
| ) | |
| Portfolio Recovery Associates, LLC, a ) | |
| Virginia Company; Brian Pearson, ) | |
| individually, and as an in-house counsel of ) | |
| Portfolio Recovery Associates, LLC., | |
| Defendant(s). | |

\_\_\_   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X    Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order dated February 26, 2013, the complaint is dismissed without prejudice pursuant to Rule 4(m); judgment is entered.

BRIAN D. KARTH
District Court Executive/Clerk

February 27, 2013

s/Johnnie Kaye Montgomery
By: Deputy Clerk